■ In the Matter of NEGUS T. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FAYME B., Appellant. [996 NYS2d 544]—

Appeal from an order of fact-finding of the Family Court, Kings County (Amanda E. White, J.), dated September 6, 2013. The order, after a fact-finding hearing, found that the mother neglected the subject child.

Ordered that the order is affirmed, without costs or disbursements.

At a fact-finding hearing in a neglect proceeding pursuant to Family Court Act article 10, a petitioner has the burden of proving by a preponderance of the evidence that the subject child was neglected (*see* Family Ct Act § 1046 [b] [i]; *Nicholson v Scoppetta*, 3 NY3d 357, 368 [2004]; *Matter of Tammie Z.*, 66 NY2d 1, 3 [1985]). The hearing court's credibility determinations are accorded great weight (*see Matter of China C. [Alexis C.]*, 116 AD3d 953 [2014]). Contrary to the mother's contention,

the Family Court's determination that she neglected the subject child was supported by a preponderance of the evidence. The evidence adduced at the hearing established that the subject child was in imminent danger of becoming physically, mentally, or emotionally impaired as a result of the mother's mental illness (*see Matter of Amber Gold J. [Vanessa J.]*, 88 AD3d 1001 [2011]; *Matter of Faith J.*, 47 AD3d 630 [2008]). The evidence further established that the mother maintained the child's home in a deplorable and unsanitary condition (*see Matter of Mariah C. [Frey C.-M.]*, 84 AD3d 1372 [2011]; *Matter of Isaac J. [Joyce J.]*, 75 AD3d 506 [2010]).

Accordingly, the Family Court properly found that the mother neglected the subject child. Dillon, J.P., Dickerson, Austin and Cohen, JJ., concur.